APRIL 30, 2002

No. 01–9885 (01A825). IN RE BAIZA HERNANDEZ. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–9854 (01A811). BAIZA HERNANDEZ v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MAY 1, 2002

No. 01A834 (01–9935). MOORE v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.*

JUSTICE SCALIA, with whom THE CHIEF JUSTICE and JUSTICE THOMAS join, dissenting.

I dissent from the Court's orders of May 1 and May 7, 2002, granting the applications of Curtis Moore and Brian Edward Davis for stay of execution of sentence of death. The Court has entered these stays even though the judgments of the Texas Court of Criminal Appeals from which review is sought dismissed the applicants' habeas petitions on adequate and independent state grounds. In each case, the Court disrupts the State's criminal process to entertain a last-minute claim (unconstitutionality of executing the mentally retarded) that was not raised previously at trial, or in extensive proceedings for direct and collateral re-

---

*[REPORTER'S NOTE: The following opinion of JUSTICE SCALIA, which also applies to *Davis* v. *Texas, post,* p. 1050, was filed on June 3, 2002.]